**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1586**
_____

PROTECTIVE LIFE INSURANCE COMPANY, a Tennessee corporation,

        Plaintiff,

    v.

DEMETRICE E. DOUGLAS,

        Defendant – Appellee,

    v.

CHARLES H. VENEY; LEVERNIA HALL,

        Defendants - Appellants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:10-cv-00542-MHL)

_____

Submitted:  December 20, 2011    Decided:  December 22, 2011

_____

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janipher W. Robinson, ROBINSON & GREENE, Richmond, Virginia, for Appellant.  A. Davis Bugg, Jr., RUMSEY & BUGG, P.C., Irvington, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the magistrate judge's[*] order denying their summary judgment motion and granting Appellee's summary judgment motion on Appellants' claims seeking recovery of life insurance proceeds. Limiting our review to the issues raised in Appellants' opening brief, see IGEN Int'l, Inc. v. Roche Diagnostics GmbH, 335 F.3d 303, 308 (4th Cir. 2003); Edwards v. City of Goldsboro, 178 F.3d 231, 241 n. 6 (4th Cir. 1999), we have found no reversible error and affirm the magistrate judge's order. See Douglas v. Veney, No. 3:10-cv-00542-MHL (E.D. Va. April 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of the magistrate judge, pursuant to 28 U.S.C. § 636(c) (2006).

2